IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

JOHN LEFLORE                                                                                      PLAINTIFF

VS.                                       CIVIL ACTION NO. 4:18-CV-00087-SA-JMV

JAMEKA MCNAIR,
MARSHALL FISHER,
JOHN DAVIS; and
CATHY SYKES                                                              DEFENDANTS

ORDER ADOPTING REPORT AND RECOMMENDATION

On July 18, 2018, United States Magistrate Judge Jane M. Virden issued a Report and Recommendation recommending that the case be dismissed for improper venue. No objection to the Report and Recommendation was filed.

Where no objections to a report and recommendation are filed, the "Court need only satisfy itself that there is no plain error on the face of the record." *Gauthier v. Union Pac. R.R. Co.*, 644 F. Supp. 2d 824, 828 (E.D. Tex. 2009) (citing *Douglass v. United Serv. Auto. Ass'n*, 79 F.3d 1415, 1428–29 (5th Cir. 1996)). The Court has reviewed the Report and Recommendation and found no plain error. Accordingly:

1. The July 18, 2018, Report and Recommendation [11] is hereby ADOPTED; and
2. The complaint is DISMISSED, as venue is not proper in this District; and
3. The case is CLOSED.

SO ORDERED, this 24th day of September, 2018.

                                                                                /s/ Sharion Aycock
                                                                                UNITED STATES DISTRICT JUDGE